UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV 20-3652 MWF (ASx) | Date: March 31, 2022 |
| Title | Christopher Hays v. City of Ventura, et al. | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On August 11, 2020, the Court issued an Order to Stay Proceedings Pending Completion of Plaintiff's Criminal Case (the "Order"). (Docket No. 18). That Order included that Defendants file a Joint Status Report every 90 days. The last such report was due February 16, 2022. On March 2, 2022, the Court issued an Order requiring that the report be filed no later than March 18, 2022. (Docket No. 25). The report has not been filed.

Defendants are ordered to file the Joint Status Report, and show cause in writing no later than **APRIL 15, 2022,** as to why the Court should not strike Defendants' Answer and permit Plaintiff to seek Defendants' default for failure to comply with this Court's orders. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. This Order to Show Cause will stand submitted upon the filing of the response.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm